**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
UNITED STATES OF AMERICA,  :  Case No.: 4:13-CR-00227-ALM-CAN
:
        Plaintiff,  :
  v.  :  Hon. Amos L. Mazzant
:
MICHAEL THOMAS,  :
:
        Defendant.  :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**Order to Release Seized Funds**

    Having considered Defendant Michael Thomas's motion to release his seized funds, it is hereby:

    ORDERED that the United States District Clerk shall pay $6,500 out of the funds seized from Mr. Thomas into an attorney escrow account specified by Mr. Thomas's counsel;

    ORDERED that the released funds shall be used by Mr. Thomas's counsel only to pay legal costs and fees related to Mr. Thomas's sentencing and appeal.

    **SIGNED this 11th day of August, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE