## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:13-CR-00227-ALM-CAN |
| Plaintiff, | |
| v. | Hon. Amos L. Mazzant |
| MICHAEL THOMAS, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### NOTICE OF APPEAL

Notice is hereby given that Michael Thomas, the defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the conviction and sentence imposed on August 31, 2016 by the Eastern District of Texas.

Dated: September 8, 2016  **TOR EKELAND, P.C.**
Brooklyn, New York

By: /s/ Aaron Williamson
Aaron Williamson (NY State Bar # 4580999)
Tor Ekeland, PC
195 Plymouth St., 5th Floor
Brooklyn, NY 11201
Tel. (718) 737-7264
Fax. (718) 504-5417
aaron@torekeland.com

*Attorneys for Defendant Michael Thomas*

## CERTIFICATE OF SERVICE

    CERTIFICATE OF SERVICE This is to certify that a true and correct copy of the above pleading was electronically served on all counsel of record by way of the Court's CM/ECF system on September 8, 2016.

/s/ Aaron Williamson
Aaron Williamson (NY State Bar # 4580999)
Tor Ekeland, PC
195 Plymouth St., 5th Floor
Brooklyn, NY 11201
Tel. (718) 737-7264
Fax. (718) 504-5417
aaron@torekeland.com